■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BAVISOTTO, Appellant.

We have examined defendant's other contentions and find them to be without merit. (Appeal from Judgment of Steuben County Court, Scudder, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Doerr, Boomer, Pine and Balio, JJ.